**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Brian HOFFMAN, Appellant.**

Supreme Court of Pennsylvania.

Argued March 8, 1993.
Decided April 25, 1994.
Reargument Denied July 12, 1994.

Lester G. Nauhaus, Public Defender, Shelley Stark, Chief–Appellate Div., for appellant.

Robert E. Colville, Dist. Atty., Claire C. Capristo, Deputy Dist. Atty., Kemal A. Mericli and Michael W. Streily, Asst. Dist. Attys., for appellee.

George S. Leone, Asst. Dist. Atty., Catherine Marshall, Chief, Appeals Unit Amicus in Support of Appellant.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

**ORDER**

PER CURIAM:

The Application to Strike Brief for *Amicus Curiae* denied. Order affirmed.

Mr. Justice LARSEN did not participate in the decision of this case.

Mr. Justice MONTEMURO, who was an appointed Justice of the Court at the time of argument, participated in the decision of this case in his capacity as a Senior Justice.